```
                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| JOHN KLEINBERG, | |
| Plaintiff, | Civil Action No. 09-4924 (NLH) |
| v. | |
| ALBERT CLEMENTS, et al., | **ORDER** |
| Defendants. | |

**APPEARANCES:**
MATTHEW BENJAMIN WEISBERG
PROCHNIAK WEISBERG, PC
7 SOUTH MORTON AVENUE
MORTON, PA 19070
*Attorney for Plaintiff*

MATTHEW B. WIELICZKO
JOHN M. BORELLI
ZELLER & WIELICZKO, LLP
WOODCREST PAVILION
TEN MELROSE AVENUE
SUITE 400
CHERRY HILL, NJ 08003-3647
*Attorney for defendants and cross defendants Albert Clements, Michael Kernan, Berlin Borough, and Robert Carrara*

FRANCIS X. DONNELLY
MAYFIELD, TURNER, OMARA, DONNELLY & MCBRIDE, PC
2201 ROUTE 38
SUITE 300
CHERRY HILL, NJ 08002
*Attorney for defendant and cross defendant Edmond Shields*

**HILLMAN, District Judge**

For the reasons explained in this Court's Opinion entered today, it is this   23rd   day of March 2012,

**ORDERED** that the motion for summary judgment filed by defendants Berlin Borough, Robert L. Carrara, Albert Clements,

Michael Kernan [27] is **DENIED IN PART AND GRANTED IN PART;** and it is further

    **ORDERED** that <u>defendants</u> **Berlin Borough** and **Robert L. Carrarra** are **DISMISSED;** and it is further

    **ORDERED** that the motion for summary judgment filed by defendant Edmond Shields [28] is **DENIED IN PART AND GRANTED IN PART;** and it is further

    **ORDERED** that the motion for extension of time to file a rebuttal memorandum [39] and motion for extension of time to file response/reply as to motion for extension of time to file a rebuttal memorandum [42] are **DENIED.**


                                         s/Noel L. Hillman
                                        NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey