```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | |
|---|---|
| JOHN KLEINBERG,<br><br>        Plaintiff,<br><br>   v.<br><br>ALBERT CLEMENTS, et al.,<br><br>        Defendants. | Civil No. 09-4924 (NLH/JS) |

### AMENDED SCHEDULING ORDER

IT IS this **28th** day of **March, 2012**, hereby **ORDERED**:

1. It will be necessary for counsel to cooperate in preparing the form Joint Final Pretrial Order. The instructions for preparing the Order can be found on the website at http://www.njd.uscourts.gov/otherGuides.html (Pretrial Orders). The Joint Final Pretrial Order (**original and two copies for the court, with sufficient copies for all counsel**), as signed by all counsel, shall be delivered to me **three (3) days before** the conference on **May 22, 2012 at 2:00 p.m.** The plaintiff's portion of the proposed order shall be prepared and sent to defense counsel no later than **April 20, 2012**. Defendants' portion of the proposed order shall be prepared and returned to counsel for plaintiff no later than **May 4, 2012**.

    **LEAD TRIAL COUNSEL FOR ALL PARTIES SHALL APPEAR AT THE FINAL PRETRIAL CONFERENCE AND SHALL BE PREPARED TO DISCUSS SETTLEMENT OF THE CASE.**

2. The Court will conduct a telephone status conference on **April 13, 2012 at 10:00 a.m.** **Plaintiff's counsel shall initiate the telephone conference**.

    **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f)**.

                                          s/ Joel Schneider
                                          JOEL SCHNEIDER
                                          United States Magistrate Judge