## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF** | MITCHELL H. COHEN COURTHOUSE |
| **JOEL SCHNEIDER** | 1 John F. Gerry Plaza, Room 2060 |
| **UNITED STATES MAGISTRATE JUDGE** | CAMDEN, NJ 08101-0887 |
| | (856) 757-5446 |

**LETTER ORDER**
**ELECTRONICALLY FILED**
July 18, 2012

Matthew B. Weisberg, Esquire
Prochniak Weisberg, PC
7 South Morton Avenue
Morton, PA 19070

Matthew B. Wieliczko, Esquire
Zeller & Wieliczko, LLP
120 Haddontowne Court
Cherry Hill, NJ 08034

Francis X. Donnelly, Esquire
Mayfield, Turner, Omara,
Donnelly & McBride, PC
2201 Route 38
Suite 300
Cherry Hill, NJ 08002

**Re:   Kleinberg v. Clements, et al.**
**Civil No. 09-4924 (NLH/JS)**

Dear Counsel:

The Final Pretrial Order in the above matter was signed on July 18, 2012.

Please note that the jury trial of the above matter is scheduled to commence before the Honorable Noel L. Hillman on December 17, 2012, and is expected to be completed in three days.

Motions _in limine_ shall be filed with the Clerk of the Court no later than November 7, 2012. Responses shall be filed by November 17, 2012.

Proposed _voir dire_ questions, trial briefs, requests to charge, list of all witnesses and special interrogatories, if appropriate (original and one copy), shall be delivered to Judge Hillman no later than ten (10) days prior to the trial even if the trial is adjourned.

July 18, 2012
Page 2

The parties are further advised that the Court shall not permit at trial any witness testimony by video unless the witness is unavailable as set forth in Fed. R. Civ. P. 32(a)(4).

                                      Very truly yours,

                                      *s/Joel Schneider*

                                      JOEL SCHNEIDER
                                      United States Magistrate Judge

JS:jk
cc:  Hon. Noel L. Hillman
     Gladys Novoa, Courtroom Deputy