0091-06
**MAYFIELD, TURNER,**
**O'MARA & DONNELLY, P.C.**
2201 Route 38, Suite 300
Cherry Hill, NJ 08002
(856) 667-2600
Attorneys for Defendant, Edmond Shields

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| John Kleinberg<br><br>Plaintiff<br><br>v.<br><br>Albert Clements; Edmond Shields; Michael Kernan; Millard Wilkinson; Berlin Borough; Berlin Borough Police Department; Robert L. Carrara; Camden County; and John Does 1-10 | CIVIL ACTION NO:<br><br>1:09-cv-04924-NLH-JS<br><br>**CERTIFICATION OF COUNSEL** |
|---|---|

I, **ROBERT J. GILLISPIE, JR., ESQUIRE**, of full age, do hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey and an associate of the law firm of Mayfield, Turner, O'Mara & Donnelly, P.C., attorneys for defendant, Edmond Shields.

2. Annexed hereto as Exhibit A is a true copy of Emergency Room records for the plaintiff from Virtua Health Berlin from September 8, 2008.

3. Annexed hereto as Exhibit B is a true copy of a report from Dr. Terence Shiller dated September 9, 2008.

4. Annexed hereto as Exhibit C is a true copy of Emergency Room records for the plaintiff from Virtua Health Berlin from October 1, 2008.

5. I hereby certify that all of the above statements made by me are true. I understand that if any of the statements are willfully false, I am subject to punishment.

*/s/ Robert J. Gillispie, Jr.*
Robert J. Gillispie, Jr., Esquire

Dated: November 21, 2012

# EXHIBIT A

Case 1:09-cv-04924-NLH -JS Document 27-3 Filed 06/08/11 Page 15 of 22 PageID: 144

# VIRTUA HEALTH BERLIN EMERGENCY RECORD

**Name: Kleinberg, John**
Age: M44 Wt: 86.2 Kg (est.)
MedRec: 20008474
AcctNum: 2040186849

NEURO: GCS eye opening is 4, verbal response is 5, motor respone is 6 Total GCS=15, Motor strength to all extremities are strong and equal.
EYES: Patient denies eye pain, No complaint of visual changes.
ENT: Patient denies pain to ears, nose, or throat.
NECK: Patient denies neck pain.
BACK: Patient complains of pain to **upper back, PT STATES HE HAS HAD BACK PAIN FOR YEARS.**
RESPIRATORY/CHEST: No complaint of pain. Breath sounds clear bilaterally, No acute respiratory distress.
CARDIOVASCULAR: Patient denies chest pain.
ABDOMEN: Patient denies abdominal pain. Abdomen is soft to palpation, nontender.
GENITOURINARY MALE: No complaint of pain, **VOIDED IN BR.**
LEFT UPPER EXTREMITY: No complaint of pain.
RIGHT UPPER EXTREMITY: No complaint of pain.
LEFT LOWER EXTREMITY: No complaint of pain.
RIGHT LOWER EXTREMITY: No complaint of pain.
PSYCH/SOCIAL: Patient denies suicidal ideation. **Patient is agitated, PT DENIES BEING SUICIDAL. HAS BEEN DRINKING ALCOHOL TONIGHT. STATES HE WAS JOKING WHEN HE ASKED HIS FRIEND FOR A GUN.**

## NURSING ASSESSMENT: NURSES NOTE

TIME ASSESSED (Tue Sep 09 2008 00:16 SSMI): Time: 2330, **PT SLEEPING .**
(Tue Sep 09 2008 06:02 SSMI): Time: 0400, **PT C/O BACK PAIN. DR. SCHEETS NOTIFIED.**
(Tue Sep 09 2008 06:10 SSMI): Time: 0600, **PT AWAKE. COOPERATIVE. REPEAT BAL DONE.**
(Tue Sep 09 2008 06:19 SSMI): Time: 0600, **PT C/O PERSISTANT BACK PAIN.**
(Tue Sep 09 2008 06:45 SSMI): Time: 0644, **CRISIS CALLED ME AND STATED THAT AN OUTREACH WORKER WILL BE HERE TO SEE PT AFTER 8AM.**

## NURSING PROCEDURE: NURSE NOTES

TIME (22:49 SSMI): Time: 2100, **PT AGITATED. PULLED IV OUT. DOES NOT WANT TO STAY. CRISIS CLEARANCE PROCEDURE EXPLAINED TO PT.**
(Tue Sep 09 2008 09:32 PHEI): Time: 0830, **pt shaky and flushed. .**
(Tue Sep 09 2008 09:33 PHEI): Time: 0900, **pt shakey bp elevated. dr. menditto notified and in to see pt.**

## NURSING PROCEDURE: ADMISSION (Tue Sep 09 2008 10:45 PHEI)

TIME: Report called at 1040, Patient admitted to room 111w, Report called/faxed to linda, Provided opportunity to answer questions. Patient transported via, wheelchair, Emotional support needed and given.

## NURSING PROCEDURE: CARDIAC MONITOR (Tue Sep 09 2008 10:07 PHEI)

TIME: Patient's identity verified by, hospital ID bracelet, Other indication for test shakey/high bp, Procedure was performed at 0900. Patient placed on cardiac monitor, placed on non-invasive blood pressure monitor, placed on continuous pulse Oximetry, on cardiac monitor showing. Normal Sinus, After procedure, patient tolerating monitoring, After procedure, alarms set and on, Emotional support needed and given.

## NURSING PROCEDURE: IV

TIME (22:48 SSMI): Patient's identity verified by, patient stating name, Indications for procedure: medication administration, Procedure performed at 2020, IV established, 20 gauge catheter inserted, into right Forearm, #1 site. in 1 attempt. Saline lock established. Labs drawn at time of placement, Specimen labeled in the presence of the patient and sent to lab.

# EXHIBIT B

Case 1:09-cv-04924-NLH-JS Document 27-3 Filed 06/08/11 Page 17 of 22 PageID: 146

**VIRTUA**
**WEST JERSEY HOSPITAL BERLIN NJ**
**100 Townsend Ave**

**HISTORY AND PHYSICAL**

**Patient Name:** Kleinberg, John — **RM#:** BMSUB111W
**Admitted:** 09/09/2008 — **MR#:** 20008474

SERVICE: Dr. Maro, Dr. Todt, and Dr. Schiller.

PRIMARY CARE PHYSICIAN: Dr. Heck.

CHIEF COMPLAINT: Chief complaint is intoxication and reporting that he wanted to kill himself.

HISTORY OF PRESENT ILLNESS: The patient is a 44-year-old gentleman unfortunately who has severe alcoholism. He also has some chronic back pain. He has been drinking heavily, he says 18 cans of beer a day for several days. He told his neighbor who is a police officer, "Can I borrow your gun, I want to shoot myself." His neighbor called other authorities and he was brought into the emergency room. He now reports that it was just a joke. He was kept in the emergency room because his alcohol level was greater than 300. He is now rapidly starting to get some shakes, seems to be having alcohol withdrawal symptoms already, and he is admitted to the hospital for this and for this report of suicide wishes.

PAST MEDICAL HISTORY: Positive for hepatitis C and chronic back pain and alcoholism.

ALLERGIES: No known drug allergies.

HOME MEDICATIONS: None.

SOCIAL HISTORY: He drinks heavily. Reports that he does not smoke.

PHYSICAL EXAMINATION: VITAL SIGNS: His blood pressure is 160/92, heart rate is 101. His heart rate had gone up to 130 in the ER. HEENT: Exam is normal. LUNGS: Clear. CARDIAC: Tachycardic. ABDOMEN: Benign without hepatosplenomegaly. EXTREMITIES: There is no edema. NEUROLOGIC: Neurologic exam is intact. He is definitely shaky and moving his legs a lot and a little bit tremulous.

LABORATORY STUDIES: Other labs and his tox screen are all negative. Urinalysis is clean. EKG has a lot of baseline artifacts and the tremor is otherwise normal. Significant labs - liver tests, ALT and AST are 69 and 51, BUN and creatinine are 6 and 1. White count 4.7.

ASSESSMENT AND PLAN:

1. Assessment and plan is that of alcohol withdrawal. I am going to put him on some phenobarbital plus p.r.n. Ativan, some Nexium, and the tele monitor. Tachycardia is noted. We will follow him on the Phenobarbital and the Ativan and treat accordingly. He is getting put on the tele monitor now and will decide about a beta blocker.

**ORIGINAL**

Case 1:09-cv-04924-NLH -JS Document 27-3 Filed 06/08/11 Page 18 of 22 PageID: 147

**VIRTUA**
**WEST JERSEY HOSPITAL BERLIN NJ**
**100 Townsend Ave**

**HISTORY AND PHYSICAL**

**Patient Name:** Kleinberg, John **RM#:** BMSUB111W
**Admitted:** 09/09/2008 **MR#:** 20008474

2. Suicidal ideation. I am not sure if this was real or not. It sounds like he may have been intoxicated and when he sobers up, he may get a better story and perhaps we will be able to get him go home. We will have the psychiatrist assist us with the interviews.
3. Hepatitis C. His LFTs a little bit elevated. I counseled him about the dangers of drinking alcohol with hepatitis C.

Terence G. Schiller, M.D.

TGS/dsk/jw 1594709

DD: 09/09/2008
DT: 09/09/2008 2:40 P
cc: Terence Schiller, M.D.

**ORIGINAL**

# EXHIBIT C

VIRTUA HEALTH BERLIN
EMERGENCY RECORD
DISPOSITION
PATIENT: Med Reconciliation: Reconciled for Potential Interactions, Disposition: ***Treated and Released, Condition: Stable.
: Remove from ER.
NOTES: 2190915.
: NOTES CHANGED, 2190915 v.
DIAGNOSIS
FINAL: PRIMARY: rib fractures, ADDITIONAL: .
ORDERS
SPINE CERVICAL COMP MIN 4 VIEW by RLUD for RLUD on Wed Oct 01 2008 15:35 Status: Cancel Wed Oct 01 2008 15:56.
RIBS UNILATERAL W CHEST LT by RLUD for RLUD on Wed Oct 01 2008 15:35 Status: Active.
SCAPULA-LEFT by RLUD for RLUD on Wed Oct 01 2008 15:35 Status: Active.
ALLERGY
No Known Allergies.
KNOWN ALLERGIES
No known allergies.
MEDICATION SERVICE
Percocet 5/325: Order: Percocet 5/325 : 1 tab(s) : PO
Ordered: Wed Oct 01 2008 16:52
Ordered by: Rick Ludwin
Entered by: Rick Ludwin Wed Oct 01 2008 16:52
Documented as given by: Angela Hoffman Wed Oct 01 2008 16:57
Time given: 1700, Correct patient, time, route, dose and medication confirmed prior to administration, Patient advised of actions and side-effects prior to administration, Allergies confirmed and medications reviewed prior to administration, Patient in position of comfort, Side rails up, Cart in lowest position, Family at bedside.
PRESCRIPTION
Percocet 5/325: Tablet : 325 Mg-5 Mg : Oral=Quantity: ***1*** Unit: tab Route: Oral Schedule: every 6 hours as needed Dispense: ***16***.
NOTES: Do not drink, drive or operate machinery while taking this medication.
PAST MEDICAL HISTORY
MEDICAL HISTORY: hypertension, which is being treated, which is diet controlled,
HEPATITIS C.
BACK PROBLEMS.
SURGICAL HISTORY: CATARACTS.
PSYCHIATRIC HISTORY: No previous psychiatric history.
SOCIAL HISTORY: Patient consumes alcohol socially. Denies smoking, Denies drug abuse, Lives alone, Denies Smoking, STATES USES ALCOHOL APP. 3 TIMES A WEEK.
Name: Kleinberg, John Age: M44 MedRec: 20008474 AcctNum: 2040404200
Prepared: Wed Oct 01 2008 17:15 by Page: 1 of 3
pMD
VIRTUA HEALTH BERLIN
EMERGENCY RECORD
TRIAGE (Wed Oct 01 2008 15:22 CWHE)
PATIENT: NAME: John Kleinberg, AGE: 44, GENDER: Male, DOB: Sun Aug 02 1964, TIME OF GREET: Wed Oct 01 2008 15:14. LANGUAGE: English, RACE: White/Non-Hispanic, Feel Safe at Home?: 1 YES, SSN: 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, ZIP CODE: 08009, KG WEIGHT: 86.2 (est.), MEDICAL RECORD NUMBER: 20008474, ACCOUNT NUMBER: 2040404200, ADMITTING: Er Group-Berlin, ATTENDING: Er Group - Berlin, IBEX NUMBER: 20081001152256ADT.
PREVIOUS VISIT ALLERGIES: No known allergies.
ADMISSION: URGENCY: Level 4 - Non Urgent, TRANSPORT: 3-Walk-in, DEPT:

*CONFIDENTIAL! CONTACT THE MRD TO REQUEST AN AUTHENTICATED VERSION OF THE DOCUMENT, IF NEEDED.*

Emergency, BED: WAITING.
VITAL SIGNS: BP 141/97, Pulse 90, Resp 16, Temp 96.9, Pain 10, O2 Sat 96, on RA.
COMPLAINT: BACK,LEFT SHOULDER PAIN.
IMMUNIZATIONS: Last tetanus shot received less than 5 years ago.
ASSESSMENT: Assessment performed. Pain level 10, using numeric pain scoring., C/O PAIN IN BACK AND LEFT SHOULDER, AND BOTH SIDES OF RIBS, AND ABRASIONS ON RT. FOREARM. PT. STATES "3 COPS BEAT ME" STATES UNSURE WHEN THIS HAPPENED--STATES APP. 3 DAYS AGO, MOTHER STATES 2-3 WEEKS AGO. .
TREATMENT ADMINISTERED: ICEBAG.
AIRWAY: Airway Patent.
BREATHING: Even and unlabored.
CIRCULATION: Pink.
SKIN: Warm.
ABDOMEN: Normal.
MENTATION: Alert.
AMBULATION: Independent.
NURSING ASSESSMENT: CARDIOVASCULAR
TIME ASSESSED: Patient was assessed at 1630.
CONSTITUTIONAL: Complex assessment performed. Patient arrives ambulatory with steady gait to treatment area. History obtained from patient. Patient appears comfortable. Patient is cooperative, alert and oriented x 3. Patient appears in no acute distress, Patient's skin is warm and dry, Patient's mucous membranes are moist and pink.
CARDIOVASCULAR: Normal sinus rhythm on monitor, No extremity edema noted, Positive peripheral pulses bilaterally. Pain is in left chest, PT WITH FX 6+7TH RIB AS PER XRAY.
RESPIRATORY/CHEST: No complaint of pain. Breath sounds clear bilaterally, No acute respiratory distress, No intercostal retractions, No supraclavicular retractions, Equal chest expansion, No nasal flaring, No cough.
SAFETY: Side rails up, Cart in lowest position, Call light within reach.
NURSING PROCEDURE: DISCHARGE NOTE
TIME: Patient discharged at 1710, Patient discharged to, home, Patient, ambulates without assistance, Transported via taxi, Patient unaccompanied, Simple/moderate discharge teaching performed, Prescription given and additional instructions on side effects of same given, Above Person(s) verbalized understanding of discharge instructions and follow-up care, PT GIVEN ICE BAG , PERCOCET UPON D/C.
Name: Kleinberg, John Age: M44 MedRec: 20008474 AcctNum: 2040404200
Prepared: Wed Oct 01 2008 17:15 by Page: 2 of 3
pMD
VIRTUA HEALTH BERLIN
EMERGENCY RECORD
NURSING PROCEDURE: TRANSPORT TO TESTS
TIME: Patient's identity verified by, patient stating name, hospital ID bracelet, Indications for test: facilitate diagnosis. Patient transported to, X-ray, Patient transported via, wheelchair, Patient accompanied by, ER tech, Emotional support needed and given.
VITAL SIGNS
VITAL SIGNS: BP: 141/97, Pulse: 90, Resp: 16, Temp: 96.9, Pain: 10, O2 sat: 96 on RA.
INSTRUCTION
DISCHARGE: RIB FRACTURE.
SPECIAL: Deep breathing exercises every hour while awake.
Follow up with your private MD in 2-3 days. Return to the ED if worse.
CALL 888-VIRTUA-3 FOR DOCTOR REFERRAL.
ADMIN
DIGITAL SIGNATURE: Whelan, Carol.
Name: Kleinberg, John Age: M44 MedRec: 20008474 AcctNum: 2040404200

***CONFIDENTIAL! CONTACT THE MRD TO REQUEST AN AUTHENTICATED VERSION OF THE DOCUMENT, IF NEEDED.***

**Patient** Kleinberg, John **Birth Date** 08/02/1964 **Sex** M **Rm/Bed**
**MR #** 20008474 **Pt.#** 2040404200

Prepared: Wed Oct 01 2008 17:15 by
of 3
pMD

Page: 3

Page created: Thursday, February 12, 2009 10:04 AM For: BWHITE

Page 3 of 3

*CONFIDENTIAL! CONTACT THE MRD TO REQUEST AN AUTHENTICATED VERSION OF THE DOCUMENT, IF NEEDED.*

**Patient** Kleinberg, John **Birth Date** 08/02/1964 **Sex** M **Rm/Bed**
**MR #** 20008474 **Pt.#** 2040404200

**RIBS UNILATERAL W/CHEST - LT** **Oct 01, 2008 16:04**

PROCEDURE: BDX1100 - RIBS UNILATERAL W CHEST LT
ORDERING DOCTOR: LUDWIN, FREDRIC M.D.
DATE OF EXAM: Oct 1 2008 4:04PM RIS ORDER NO: 90001 CPT: 71101LT
HISTORY: Trauma.
FINDINGS: A frontal view of the chest and three oblique views of the left ribs were performed. The frontal view of the chest demonstrates a normal cardiomediastinal silhouette. The lungs are free of consolidation, pleural effusion and pneumothorax. There is no significant change from the prior study of 10/20/06.
Views of the left ribs however reveal linear fractures of the anterior lateral aspects of the left sixth and seventh ribs.
IMPRESSION: Left sixth and seventh rib fractures. No active disease in the chest.
Transcriptionist:
DW4
Dictated Date:
Oct 1 2008
Transcribe Date/Time:
Oct 1 2008 9:59P
Read By: BARRY SHURMAN M.D.
Signed By:
BARRY SHURMAN M.D.
Professional Codes: 959.1-1205

Page created: Thursday, February 12, 2009 10:05 AM For: BWHITE

*CONFIDENTIAL! CONTACT THE MRD TO REQUEST AN AUTHENTICATED VERSION OF THE DOCUMENT, IF NEEDED.*

U67837 Sergio R.

VIRTUA WEST JERSEY
100 TOWNSEND AVENUE
BERLIN, NJ 080099035

VIRTUA WEST JERSEY
P.O. BOX 6007
BELLMAWR, NJ 08099-6007

3a PAT. CNTL # 20 F04200 J10
b MED. REC. # 20008474
4 TYPE OF BILL 0131
5 FED. TAX NO. 210634532
6 STATEMENT COVERS PERIOD FROM 100108 THROUGH 100108

8 PATIENT NAME: KLEINBERG, JOHN
9 PATIENT ADDRESS: 236 ROOSEVELT BLVD, BERLIN, NJ 08009

| 10 BIRTHDATE | 11 SEX | 12 ADMISSION DATE | 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT |
|---|---|---|---|---|---|---|---|
| 08021964 | M | 100108 | 15 | | 7 | 00 | 01 |

31 OCCURRENCE CODE 05 DATE 091608

SCIBAL INSURANCE 299
SCIBAL INSURANCE 299
P.O. BOX 500
SOMERS POINT NJ 082440500

39 VALUE CODES: a 45 15.00

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NONCOVERED CHARGES |
|---|---|---|---|---|---|---|
| 0329 | DX X-RAY/OTHER | 71101LT | 100108 | 1 | 429.95 | |
| 0329 | DX X-RAY/OTHER | 72040 | 100108 | 1 | 927.07 | |
| 0329 | DX X-RAY/OTHER | 73010LT | 100108 | 1 | 575.48 | |
| 0450 | EMERGENCY ROOM | 99283 | 100108 | 1 | 962.00 | |
| 0001 | PAGE 1 OF 1 | CREATION DATE | 021109 | TOTALS | 2894.50 | |

RECEIVED FEB 17 2009

| 50 PAYER NAME | 52 REL INFO | 53 ASG BEN | 55 EST. AMOUNT DUE | 56 NPI |
|---|---|---|---|---|
| SCIBAL INSURANCE 2 | Y | Y | 2894.50 | 1528064409 |

57 OTHER PRV ID: 310022

| 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID |
|---|---|---|
| KLEINBERG, JOHN | 18 | U67837 |

63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME

67 80700
70 PATIENT REASON DX 80700

76 ATTENDING NPI 1629025218 QUAL 1G E62036
LAST LUDWIN FIRST FREDRIC

81 CC a B3 282N00000X

REMARKS

UB-04 CMS-1450 APPROVED OMB NO. NUBC™ National Uniform Billing Committee LIC9213257

THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

P.O. BOX 6007
BELLMAWR, NJ 08099-6007
856 355-2000
FEI # 21-0634532

PAGE OF 1

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| CYCLE | 02/11/09 | |
| INS. | | |

BIRTH-DATE 08/02/64
HOSP.NO. 310022

| J E PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | OUT PATIENT |
|---|---|---|---|---|---|---|---|
| KLEINBERG ,JOHN | 2040404200 | M | 44 | 10/01/08 | | | |

GUARANTOR NAME AND ADDRESS:
JOHN KLEINBERG
236 ROOSEVELT BLVD
BERLIN NJ 08009

| C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|
| 1 | SCIBAL INSURANCE | | U67837-1298 |

LUDWIN, FREDRIC

AMOUNT OF PAYMENT $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | | | |
| 10/01 | 72111008 001 | | 429.95 | 429.95 | | | | |
| RIBS UNILATERAL W CHEST LT | | | | | | | | |
| 10/01 | 72120405 001 | | 927.07 | 927.07 | | | | |
| SPINE CERVICAL 2-3 VIEW | | | | | | | | |
| 10/01 | 72130107 001 | | 575.48 | 575.48 | | | | |
| SCAPULA-LEFT | | | | | | | | |
| 10/01 | 62203047 001 | | 962.00 | 962.00 | | | | |
| EMER INTERMDTE SRVCE | | | | | | | | |
| SUMMARY OF CURRENT CHARGES | | | | | | | | |
| | RADIOLOGY | | 1932.50 | 1932.50 | | | | |
| | EMERGENCY ROOM | | 962.00 | 962.00 | | | | |
| SUB-TOTAL OF CURR. CHARGES | | | 2894.50 | 2894.50 | | | | |
| EMPLOYER INFORMATION: | | | | | | | | |
| | NOT EMPLOYED | | | | | | | |
| ACC DATE: 09/16/08 TYPE: O TIME: 3:00 PM PLACE: EMPL REL: | | | | | | | | |
| DIAGNOSIS: 807.00 | | | | | | | | |
| TOTALS | | | 2894.50 | 2894.50 | | | | |

PATIENT NUMBER 2040404200

PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE.

ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED. OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE.

VIRTUA-WEST JERSEY
BELLMAWR, NJ

VIRTUA HEALTH BERLIN
WHT HRS AND TOWNSEND AVE,BERLIN, NJ 08009
RADIOLOGY DEPARTMENT

Name: **KLEINBERG, JOHN**
Patient Address: 236 ROOSEVELT BLVD
BERLIN,NJ 08009

| | | | |
|---|---|---|---|
| Folder Number: | 08/02/64 | Med Rec #: | 000020008474 |
| Admission #: | 002040404200 | Admit Date: | 10/01/08 |
| Date of Birth: | 08/02/1964 Age: 44Y Sex: M | Class: | E |
| Patient Phone: | (856)753-5086 | Hosp Service: | EMR |
| Room/Bed: | | | |

Ordered By: LUDWIN, FREDRIC M.D.
Admitted By: ER GROUP-BERLIN, M.D.
Attending: ER GROUP-BERLIN, M.D.

---

*****Final Report*****

**PROCEDURE: BDX1100 - RIBS UNILATERAL W CHEST LT**
ORDERING DOCTOR: LUDWIN, FREDRIC M.D.

DATE OF EXAM: Oct 1 2008 4:04PM RIS ORDER NO: 90001 CPT: 71101LT

HISTORY: Trauma.

FINDINGS: A frontal view of the chest and three oblique views of the left ribs were performed. The frontal view of the chest demonstrates a normal cardiomediastinal silhouette. The lungs are free of consolidation, pleural effusion and pneumothorax. There is no significant change from the prior study of 10/20/06.

Views of the left ribs however reveal linear fractures of the anterior lateral aspects of the left sixth and seventh ribs.

IMPRESSION: Left sixth and seventh rib fractures. No active disease in the chest.

Transcriptionist: DW4
Dictated Date: Oct 1 2008
Transcribe Date/Time: Oct 1 2008 9:59P
Read By: BARRY SHURMAN M.D.
Signed By: BARRY SHURMAN M.D.

Professional Codes: 959.1-1205

Patient Kleinberg, John MR # 20008474 Birth Date 08/02/1964 Sex M Rm/Bed Pt.# 2040404200

**SPINE CERVICAL 2-3 VIEWS** **Oct 01, 2008 16:04**

PROCEDURE: BDX2040 - SPINE CERVICAL 2-3 VIEW
ORDERING DOCTOR: LUDWIN, FREDRIC M.D.
DATE OF EXAM: Oct 1 2008 4:04PM RIS ORDER NO: 90001 CPT: 72040
HISTORY: Trauma.

FINDINGS: Three views of the cervical spine were obtained. The study is limited because the patient was not able to cooperative fully. Anterior osteophytes, disc space narrowing are seen at C4-C5 and C5-C6 consistent with moderate degenerative changes. On the basis of the three views, the vertebral bodies are normal in height and normally aligned. The spinous process alignments are intact and normally aligned.

Incidental finding, there are atheromatous changes of the left common carotid artery.

IMPRESSION: Limited study. Degenerative changes. No fracture. Atheromatous changes left CCA.

Transcriptionist:
DW4
Dictated Date:
Oct 1 2008
Transcribe Date/Time:
Oct 1 2008 9:46P
Read By: BARRY SHURMAN M.D.
Signed By:
BARRY SHURMAN M.D.
Professional Codes: 959.09-1402

Page created: Thursday, February 12, 2009 10:05 AM For: BWHITE

*CONFIDENTIAL! CONTACT THE MRD TO REQUEST AN AUTHENTICATED VERSION OF THE DOCUMENT, IF NEEDED.*

VIRTUA HEALTH BERLIN
WHT HRS AND TOWNSEND AVE,BERLIN, NJ 08009
RADIOLOGY DEPARTMENT

Name: **KLEINBERG, JOHN**
Patient Address: 236 ROOSEVELT BLVD
BERLIN,NJ 08009

Folder Number: 08/02/64
Admission #: 002040404200
Date of Birth: 08/02/1964 Age: 44Y Sex: M
Patient Phone: (856)753-5086
Room/Bed:

Med Rec #: 000020008474
Admit Date: 10/01/08
Class: E
Hosp Service: EMR

Ordered By: LUDWIN, FREDRIC M.D.
Admitted By: ER GROUP-BERLIN, M.D.
Attending: ER GROUP-BERLIN, M.D.

---

*****Final Report*****

**PROCEDURE: BDX2040 - SPINE CERVICAL 2-3 VIEW**
ORDERING DOCTOR: LUDWIN, FREDRIC M.D.

DATE OF EXAM: Oct 1 2008 4:04PM RIS ORDER NO: 90001 CPT: 72040

HISTORY: Trauma.

FINDINGS: Three views of the cervical spine were obtained. The study is limited because the patient was not able to cooperative fully. Anterior osteophytes, disc space narrowing are seen at C4-C5 and C5-C6 consistent with moderate degenerative changes. On the basis of the three views, the vertebral bodies are normal in height and normally aligned. The spinous process alignments are intact and normally aligned.

Incidental finding, there are atheromatous changes of the left common carotid artery.

IMPRESSION: Limited study. Degenerative changes. No fracture. Atheromatous changes left CCA.

Transcriptionist: DW4
Dictated Date: Oct 1 2008
Transcribe Date/Time: Oct 1 2008 9:46P
Read By: BARRY SHURMAN M.D.
Signed By: BARRY SHURMAN M.D.

Professional Codes: 959.09-1402

**Patient** Kleinberg, John **Birth Date** 08/02/1964 **Sex** M **Rm/Bed**
**MR #** 20008474 **Pt.#** 2040404200

| SCAPULA-LEFT | Oct 01, 2008 16:04 |
|---|---|

PROCEDURE: BDX3010 - SCAPULA-LEFT
ORDERING DOCTOR: LUDWIN, FREDRIC M.D.
DATE OF EXAM: Oct 1 2008 4:04PM RIS ORDER NO: 90002 CPT:
73010LT
HISTORY: Trauma.
FINDINGS: Two view examination of the left scapula shows no evidence of fracture or dislocation.
IMPRESSION: Normal findings.
Transcriptionist:
SP
Dictated Date:
Oct 1 2008
Transcribe Date/Time:
Oct 1 2008 4:39P
Read By: BARRY SHURMAN M.D.
Signed By:
BARRY SHURMAN M.D.
Professional Codes: 959.2-1302

Page created: Thursday, February 12, 2009 10:05 AM For: BWHITE

***CONFIDENTIAL! CONTACT THE MRD TO REQUEST AN AUTHENTICATED VERSION OF THE DOCUMENT, IF NEEDED.***

VIRTUA HEALTH BERLIN
WHT HRS AND TOWNSEND AVE,BERLIN, NJ 08009
RADIOLOGY DEPARTMENT

Name: **KLEINBERG, JOHN**
Patient Address: 236 ROOSEVELT BLVD
BERLIN,NJ 08009

| | | | |
|---|---|---|---|
| Folder Number: | 08/02/64 | Med Rec #: | 000020008474 |
| Admission #: | 002040404200 | Admit Date: | 10/01/08 |
| Date of Birth: | 08/02/1964 Age: 44Y Sex: M | Class: | E |
| Patient Phone: | (856)753-5086 | Hosp Service: | EMR |
| Room/Bed: | | | |

Ordered By: LUDWIN, FREDRIC M.D.
Admitted By: ER GROUP-BERLIN, M.D.
Attending: ER GROUP-BERLIN, M.D.

---

*****Final Report*****

**PROCEDURE: BDX3010 - SCAPULA-LEFT**
ORDERING DOCTOR: LUDWIN, FREDRIC M.D.

DATE OF EXAM: Oct 1 2008 4:04PM RIS ORDER NO: 90002 CPT: 73010LT

HISTORY: Trauma.

FINDINGS: Two view examination of the left scapula shows no evidence of fracture or dislocation.

IMPRESSION: Normal findings.

Transcriptionist: SP
Dictated Date: Oct 1 2008
Transcribe Date/Time: Oct 1 2008 4:39P
Read By: BARRY SHURMAN M.D.
Signed By: BARRY SHURMAN M.D.

Professional Codes: 959.2-1302